UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| JAMES RUCKER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.: 4:21-cv-00013 |
| | ) | |
| CITY OF DELPHI, INDIANA, | ) | |
| CARROLL COUNTY, INDIANA, | ) | **JURY TRIAL REQUESTED** |
| FORMER DELPHI POLICE CHIEF | ) | |
| STEVE MULLIN, in his individual | ) | |
| capacity, DELPHI POLICE CHIEF | ) | |
| BROOK MCCAIN, in his official capacity, | ) | |
| CARROLL COUNTY SHERIFF | ) | |
| TOBE LEAZENBY, in his official and | ) | |
| individual capacities, OFFICER COLIN | ) | |
| DECKARD, in his official and individual | ) | |
| capacities, OFFICER ALEX PARKINSON, | ) | |
| in his official and individual capacities, and | ) | |
| DEPUTY DREW YODER, in his official | ) | |
| and individual capacities. | ) | |
| | ) | |
| Defendants. | ) | |

## SUMMONS IN A CIVIL ACTION

To:   City of Delphi
      c/o City Attorney
      201 South Union Street
      Delphi, Indiana 46923

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiffs an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

The answer or motion must be served on the plaintiffs' attorneys, whose name and address are:

> Bradley A. Keffer, Esq.
> Austin R. Andreas, Esq.
> KEFFER HIRSCHAUER LLP
> 230 East Ohio Street, Suite 400
> Indianapolis, Indiana 46204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____   Signature of Clerk or Deputy Clerk: _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JAMES RUCKER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No.: 4:21-cv-00013 |
| ) | |
| CITY OF DELPHI, INDIANA, ) | |
| CARROLL COUNTY, INDIANA, ) | **JURY TRIAL REQUESTED** |
| FORMER DELPHI POLICE CHIEF ) | |
| STEVE MULLIN, in his individual ) | |
| capacity, DELPHI POLICE CHIEF ) | |
| BROOK MCCAIN, in his official capacity, ) | |
| CARROLL COUNTY SHERIFF ) | |
| TOBE LEAZENBY, in his official and ) | |
| individual capacities, OFFICER COLIN ) | |
| DECKARD, in his official and individual ) | |
| capacities, OFFICER ALEX PARKINSON, ) | |
| in his official and individual capacities, and ) | |
| DEPUTY DREW YODER, in his official ) | |
| and individual capacities. ) | |
| ) | |
| Defendants. ) | |

## SUMMONS IN A CIVIL ACTION

To:   City of Delphi
    c/o Mayor Anita Werling
    201 South Union Street
    Delphi, Indiana 46923

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiffs an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

The answer or motion must be served on the plaintiffs' attorneys, whose name and address are:

Bradley A. Keffer, Esq.
Austin R. Andreas, Esq.
KEFFER HIRSCHAUER LLP
230 East Ohio Street, Suite 400
Indianapolis, Indiana 46204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____    Signature of Clerk or Deputy Clerk: _____

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# LAFAYETTE DIVISION

| | | |
|---|---|---|
| JAMES RUCKER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.: 4:21-cv-00013 |
| | ) | |
| CITY OF DELPHI, INDIANA, | ) | |
| CARROLL COUNTY, INDIANA, | ) | **JURY TRIAL REQUESTED** |
| FORMER DELPHI POLICE CHIEF | ) | |
| STEVE MULLIN, in his individual | ) | |
| capacity, DELPHI POLICE CHIEF | ) | |
| BROOK MCCAIN, in his official capacity, | ) | |
| CARROLL COUNTY SHERIFF | ) | |
| TOBE LEAZENBY, in his official and | ) | |
| individual capacities, OFFICER COLIN | ) | |
| DECKARD, in his official and individual | ) | |
| capacities, OFFICER ALEX PARKINSON, | ) | |
| in his official and individual capacities, and | ) | |
| DEPUTY DREW YODER, in his official | ) | |
| and individual capacities. | ) | |
| | ) | |
| Defendants. | ) | |

## SUMMONS IN A CIVIL ACTION

To:   Delphi Police Department
      c/o Chief of Police Brook McCain
      201 South Union Street
      Delphi, Indiana 46923

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiffs an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

The answer or motion must be served on the plaintiffs' attorneys, whose name and address are:

Bradley A. Keffer, Esq.
Austin R. Andreas, Esq.
KEFFER HIRSCHAUER LLP
230 East Ohio Street, Suite 400
Indianapolis, Indiana 46204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____   Signature of Clerk or Deputy Clerk: _____

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# LAFAYETTE DIVISION

| | | |
|---|---|---|
| JAMES RUCKER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.: 4:21-cv-00013 |
| | ) | |
| CITY OF DELPHI, INDIANA, | ) | |
| CARROLL COUNTY, INDIANA, | ) | **JURY TRIAL REQUESTED** |
| FORMER DELPHI POLICE CHIEF | ) | |
| STEVE MULLIN, in his individual | ) | |
| capacity, DELPHI POLICE CHIEF | ) | |
| BROOK MCCAIN, in his official capacity, | ) | |
| CARROLL COUNTY SHERIFF | ) | |
| TOBE LEAZENBY, in his official and | ) | |
| individual capacities, OFFICER COLIN | ) | |
| DECKARD, in his official and individual | ) | |
| capacities, OFFICER ALEX PARKINSON, | ) | |
| in his official and individual capacities, and | ) | |
| DEPUTY DREW YODER, in his official | ) | |
| and individual capacities. | ) | |
| | ) | |
| Defendants. | ) | |

## SUMMONS IN A CIVIL ACTION

To:   Officer Colin Deckard
       Delphi Police Department
       201 South Union Street
       Delphi, Indiana 46923

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiffs an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

   The answer or motion must be served on the plaintiffs' attorneys, whose name and address are:

  Bradley A. Keffer, Esq.
  Austin R. Andreas, Esq.
  KEFFER HIRSCHAUER LLP
  230 East Ohio Street, Suite 400
  Indianapolis, Indiana 46204

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____  Signature of Clerk or Deputy Clerk: _____

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# LAFAYETTE DIVISION

| | | |
|---|---|---|
| JAMES RUCKER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.: 4:21-cv-00013 |
| | ) | |
| CITY OF DELPHI, INDIANA, | ) | |
| CARROLL COUNTY, INDIANA, | ) | **JURY TRIAL REQUESTED** |
| FORMER DELPHI POLICE CHIEF | ) | |
| STEVE MULLIN, in his individual | ) | |
| capacity, DELPHI POLICE CHIEF | ) | |
| BROOK MCCAIN, in his official capacity, | ) | |
| CARROLL COUNTY SHERIFF | ) | |
| TOBE LEAZENBY, in his official and | ) | |
| individual capacities, OFFICER COLIN | ) | |
| DECKARD, in his official and individual | ) | |
| capacities, OFFICER ALEX PARKINSON, | ) | |
| in his official and individual capacities, and | ) | |
| DEPUTY DREW YODER, in his official | ) | |
| and individual capacities. | ) | |
| | ) | |
| Defendants. | ) | |

## SUMMONS IN A CIVIL ACTION

To:   Officer Alex Parkinson
    Delphi Police Department
    201 South Union Street
    Delphi, Indiana 46923

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiffs an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

The answer or motion must be served on the plaintiffs' attorneys, whose name and address are:

Bradley A. Keffer, Esq.
Austin R. Andreas, Esq.
KEFFER HIRSCHAUER LLP
230 East Ohio Street, Suite 400
Indianapolis, Indiana 46204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____     Signature of Clerk or Deputy Clerk: _____

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# LAFAYETTE DIVISION

| | | |
|---|---|---|
| JAMES RUCKER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.: 4:21-cv-00013 |
| | ) | |
| CITY OF DELPHI, INDIANA, | ) | |
| CARROLL COUNTY, INDIANA, | ) | **JURY TRIAL REQUESTED** |
| FORMER DELPHI POLICE CHIEF | ) | |
| STEVE MULLIN, in his individual | ) | |
| capacity, DELPHI POLICE CHIEF | ) | |
| BROOK MCCAIN, in his official capacity, | ) | |
| CARROLL COUNTY SHERIFF | ) | |
| TOBE LEAZENBY, in his official and | ) | |
| individual capacities, OFFICER COLIN | ) | |
| DECKARD, in his official and individual | ) | |
| capacities, OFFICER ALEX PARKINSON, | ) | |
| in his official and individual capacities, and | ) | |
| DEPUTY DREW YODER, in his official | ) | |
| and individual capacities. | ) | |
| | ) | |
| Defendants. | ) | |

## SUMMONS IN A CIVIL ACTION

To:   Steve Mullin
      Carroll County Prosecutor's Office
      101 West Main Street, Suite 205
      Delphi, Indiana 46923

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiffs an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

The answer or motion must be served on the plaintiffs' attorneys, whose name and address are:

Bradley A. Keffer, Esq.
Austin R. Andreas, Esq.
KEFFER HIRSCHAUER LLP
230 East Ohio Street, Suite 400
Indianapolis, Indiana 46204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____  Signature of Clerk or Deputy Clerk: _____

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### LAFAYETTE DIVISION

| | | |
|---|---|---|
| JAMES RUCKER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.: 4:21-cv-00013 |
| | ) | |
| CITY OF DELPHI, INDIANA, | ) | |
| CARROLL COUNTY, INDIANA, | ) | **JURY TRIAL REQUESTED** |
| FORMER DELPHI POLICE CHIEF | ) | |
| STEVE MULLIN, in his individual | ) | |
| capacity, DELPHI POLICE CHIEF | ) | |
| BROOK MCCAIN, in his official capacity, | ) | |
| CARROLL COUNTY SHERIFF | ) | |
| TOBE LEAZENBY, in his official and | ) | |
| individual capacities, OFFICER COLIN | ) | |
| DECKARD, in his official and individual | ) | |
| capacities, OFFICER ALEX PARKINSON, | ) | |
| in his official and individual capacities, and | ) | |
| DEPUTY DREW YODER, in his official | ) | |
| and individual capacities. | ) | |
| | ) | |
| Defendants. | ) | |

## SUMMONS IN A CIVIL ACTION

To:   Carroll County Sheriff's Office
      c/o Sheriff Tobe Leazenby
      310 West Main Street
      Delphi, Indiana 46923

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiffs an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

The answer or motion must be served on the plaintiffs' attorneys, whose name and address are:

Bradley A. Keffer, Esq.
Austin R. Andreas, Esq.
KEFFER HIRSCHAUER LLP
230 East Ohio Street, Suite 400
Indianapolis, Indiana 46204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____    Signature of Clerk or Deputy Clerk: _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| JAMES RUCKER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.: 4:21-cv-00013 |
| | ) | |
| CITY OF DELPHI, INDIANA, | ) | |
| CARROLL COUNTY, INDIANA, | ) | **JURY TRIAL REQUESTED** |
| FORMER DELPHI POLICE CHIEF | ) | |
| STEVE MULLIN, in his individual | ) | |
| capacity, DELPHI POLICE CHIEF | ) | |
| BROOK MCCAIN, in his official capacity, | ) | |
| CARROLL COUNTY SHERIFF | ) | |
| TOBE LEAZENBY, in his official and | ) | |
| individual capacities, OFFICER COLIN | ) | |
| DECKARD, in his official and individual | ) | |
| capacities, OFFICER ALEX PARKINSON, | ) | |
| in his official and individual capacities, and | ) | |
| DEPUTY DREW YODER, in his official | ) | |
| and individual capacities. | ) | |
| | ) | |
| Defendants. | ) | |

## SUMMONS IN A CIVIL ACTION

To:   Carroll County, Indiana
      c/o Commissioner William Brown, Chairman
      PO Box 291
      Cutler, Indiana 46920

A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiffs an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

   The answer or motion must be served on the plaintiffs' attorneys, whose name and address are:

  Bradley A. Keffer, Esq.
  Austin R. Andreas, Esq.
  KEFFER HIRSCHAUER LLP
  230 East Ohio Street, Suite 400
  Indianapolis, Indiana 46204

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____  Signature of Clerk or Deputy Clerk: _____