UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| JAMES RUCKER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.: 4:21-cv-00013-JTM-JEM |
| | ) | |
| CITY OF DELPHI, INDIANA, | ) | |
| CARROLL COUNTY, INDIANA, | ) | |
| FORMER DELPHI POLICE CHIEF | ) | |
| STEVE MULLIN, in his individual | ) | |
| capacity, DELPHI POLICE CHIEF | ) | |
| BROOK MCCAIN, in his official capacity, | ) | |
| CARROLL COUNTY SHERIFF | ) | |
| TOBE LEAZENBY, in his official and | ) | |
| individual capacities, OFFICER COLIN | ) | |
| DECKARD, in his official and individual | ) | |
| capacities, OFFICER ALEX PARKINSON, | ) | |
| in his official and individual capacities, and | ) | |
| DEPUTY DREW YODER, in his official | ) | |
| and individual capacities. | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Come now the Plaintiff, James Rucker, and Defendants, City of Delphi, Indiana; Carroll County, Indiana; Former Delphi Police Chief Steve Mullin, in his individual capacity; Delphi Police Chief Brook McCain, in his official capacity; Carroll County Sheriff Tobe Leazenby, in his official and individual capacities; Officer Colin Deckard, in his official and individual capacities; Officer Alex Parkinson, in his official and individual capacities; and Deputy Drew Yoder, in his official and individual capacities, jointly, hereby provide the Court with their Joint Status Report, and in support thereof state as follows:

1. On March 23, 2021, the Defendants filed a Joint Unopposed Motion to Stay [D.E. 14] pursuant to *Younger v. Harris*, 401 U.S. 37 (1971).

2. On March 25, 2021, the Court issued its Order [D.E. 15] granting Defendants' Joint Unopposed Motion to Stay, and Ordered the parties to file a status report with the Court on or before June 25, 2021.

3. As of the date of filing of this Joint Status Report, the proceedings of the related state-court prosecution of Plaintiff remain pending without an impending date of disposition. *See State of Indiana v. James Rucker*, 08D01-1902-F6-000019.

4. Therefore, the Parties jointly request that the Court set a deadline in due course for the parties to confer and file a second joint status report.

WHEREFORE, the Parties, jointly, hereby notify the Court that the proceedings of the related state-court prosecution of Plaintiff remain pending, request a deadline in due course for the parties to confer and file a second joint status report, and for all further just and appropriate relief.

Respectfully submitted,

| */s/ Austin Andreas* | */s/ Joseph W. Smith* | */s/ Samuel W. Hughes* |
|---|---|---|
| Austin Andreas, #35155-53 | Joseph W. Smith | Samuel W. Hughes |
| Bradley Keffer, #27195-49 | Matthew S. Clark | Liberty L. Roberts |
| Keffer Hirschauer LLP | Knight, Hoppe, Kurnick, & Knight | Church, Church, Hittle, & Antrim |
| 230 East Ohio Street, Suite 400 | 233 East 84th Drive, Suite 301 | 10765 Lantern Road, Suite 201 |
| Indianapolis, Indiana 46204 | Merrillville, Indiana 46410 | Fishers, Indiana 46038 |
| Andreas@IndyJustice.com | Jsmith@khkklaw.com | Shughes@cchalaw.com |
| Keffer@IndyJustice.com | Mclark@khkklaw.com | Lroberts@cchalaw.com |
| T: (317) 857-0160 | T: (219) 322-0830 | T: (317) 773-2190 |
| F: (855) 641-5311 | F: (219) 322-0834 | F: (317) 773-1609 |
| *Attorneys for Plaintiff* | *Attorneys for Carroll County Defendants* | *Attorneys for Delphi Defendants* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date, a copy of the foregoing **Joint Status Report** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

                                            */s/ Austin Andreas*
                                            Austin Andreas, #35155-53
                                            Bradley A. Keffer, #27195-49

Keffer Hirschauer LLP
230 East Ohio Street, Suite 400
Indianapolis, Indiana 46204
Andreas@IndyJustice.com
Keffer@IndyJustice.com
T: (317) 857-0160
F: (855) 641-5311