2240/21-7741.NY/db

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| JAMES RUCKER, )<br>    PLAINTIFF, )<br>)<br>V. )<br>)<br>CITY OF DELPHI, INDIANA, *ET AL.*, )<br>    DEFENDANTS. ) | CAUSE NO. 4:21-CV-13-JTM-JEM |

**MOTION TO DISMISS BY CARROLL COUNTY, SHERIFF TOBE LEAZENBY, AND DEPUTY DREW YODER IN HIS OFFICIAL CAPACITY**

Defendants CARROLL COUNTY, INDIANA; CARROLL COUNTY SHERIFF TOBE LEAZENBY in his official and individual capacities; and DEPUTY DREW YODER in his official capacity, by and through their attorneys MATTHEW S. CLARK and JOSEPH W. SMITH of KNIGHT, HOPPE, KURNIK & KNIGHT, LTD., and pursuant to Federal Rule of Civil Procedure 12(b)(6), move to dismiss all claims asserted against them in the Amended Complaint (ECF #29), and in support thereof state:

1. Plaintiff filed his Complaint on February 8, 2021. *See* ECF #1.

2. This action was thereafter stayed pursuant to *Younger v. Harris*, 401 U.S. 37 (1971). *See* ECF #15. The stay was lifted on May 9, 2022. *See* ECF #24.

3. Plaintiff filed his Amended Complaint on May 23, 2022. *See* ECF #29.

4. In his Amended Complaint, Plaintiff asserts the following claims:

    a    Count I: 42 U.S.C. § 1983 claim for excessive force under the Fourth and Fourteenth Amendments (against Defendants Deckard, Parkinson, and Yoder);

        b    Count II:  42 U.S.C. § 1983 claim for failure to intervene against excessive force under the Fourth and Fourteenth Amendments (against Defendants Deckard, Parkinson, and Yoder); and

        c    Count III:  42 U.S.C. § 1983 *Monell* claim (against Defendants City of Delphi, Carroll County, Mullin in his individual capacity only, McCain in his official capacity only, and Leazenby in his individual and official capacities).

5. Counts I and II do not purport to assert any claims against Carroll County or Leazenby.  The allegations of Counts I and II implicate only Deputy Yoder's individual capacity, not his official capacity.  To the extent that Counts I and II may be read to assert claims against Defendant Yoder in his official capacity, they are subject to dismissal for the same reasons that Count III is subject to dismissal as to Defendant Leazenby in his official capacity.

6. Count III fails to state a claim against Defendant Carroll County because there are no allegations of any actions by any agent of Carroll County.

7. Count III fails to state a claim against Defendant Leazenby in his individual capacity because he is not a proper defendant for a *Monell* claim and he is not alleged to have been personally involved in Plaintiff's arrest.

8. Count III fails to state a claim against Sheriff Leazenby in his official capacity because Plaintiff alleges no facts from which it could reasonably be inferred that the Carroll County Sheriff's Department is liable for any alleged misconduct.

WHEREFORE, Defendants Carroll County, Indiana; Carroll County Sheriff Tobe Leazenby in his individual and official capacities; and Deputy Drew Yoder in his official capacity pray the Court enter an Order dismissing all claims asserted against them in the Amended Complaint.

Respectfully Submitted,

/s/ Matthew S. Clark
Matthew S. Clark

/s Joseph W. Smith
Joseph W. Smith

KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
233 East 84th Drive, Suite 301
Merrillville, IN  46410
219/322-0830; FAX: 219/322-0834
EMAIL: Jsmith@khkklaw.com
Attorneys for CARROLL COUNTY, INDIANA; CARROLL COUNTY SHERIFF TOBE LEAZENBY; and DEPUTY DREW YODER

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of June, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

- Austin R. Andreas
  Andreas@IndyJustice.com

- Liberty L. Roberts
  lroberts@cchalaw.com

- Samuel W. Hughes
  shughes@cchalaw.com

- Joseph W. Smith
  Jsmith@khkklaw.com

- Matthew S. Clark
  Mclark@khkklaw.com

**MANUAL NOTICE:**
**None.**

/s/ Joseph W. Smith

22-06-14 MTD Carroll Co, Shrf 7741