UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

JAMES RUCKER,

      Plaintiff,

v.                         Cause No: 4:21-cv-00013-JTM-JEM

OFFICER COLIN DECKARD, in his
individual capacity, OFFICER ALEX
PARKINSON, in his individual capacity, and
DEPUTY DREW YODER, in his
individual capacity,

      Defendants.

## JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES

Plaintiff James Rucker ("Plaintiff") and Defendant Officers Colin Deckard, Alex Parkinson, and Drew Yoder (collectively, "Defendants"), by their respective counsel, submit this Joint Motion to Extend Scheduling Order Deadlines as follows:

1. This Joint Motion is unopposed, and all parties are in agreement with the request to amend the Scheduling order and extend discovery and dispositive motion deadlines by six (6) months.

2. On May 23, 2022, Plaintiff filed his First Amended Complaint for Damages.

3. On June 13, 2022, the parties jointly filed their Report of Parties' Planning Meeting with proposed case management deadlines.

4. On June 14, 2022, the Court entered a Scheduling Order approving the deadlines in the Report of Parties' Planning Meeting.

1

5. Also on June 14, 2022, Defendant Yoder, in his official capacity, and former Defendants Carroll County, Indiana, and Sheriff Tobe Leazenby, in his official and individual capacities, filed a Motion to Dismiss the claims against them in Plaintiff's First Amended Complaint.

6. On June 21, 2022, Defendants Deckard and Parkinson, in their official capacities, and former Defendants City of Delphi, Indiana; Former Delphi Police Chief Steve Mulling; and Delphi Police Chief Brook McCain filed a Motion to Dismiss the claims against them in Plaintiff's First Amended Complaint.

7. On July 25, 2022, Plaintiff filed a Second Amended Complaint for Damages.

8. On August 1, 2022, Defendant Yoder in his official capacity and former Defendant Carroll County Sheriff Tobe Leazenby filed a Motion to Dismiss the claims against them in Plaintiff's Second Amended Complaint.

9. On August 8, 2022, Defendants Deckard and Parkinson, in their official capacities, and former Defendant Delphi Police Chief Steve Mullin, in his official capacity, filed a Motion to Dismiss the claims against them in Plaintiff's Second Amended Complaint.

10. On October 20, 2022, the Court granted all Defendants' Motions to Dismiss, leaving the presently named Defendants.

11. On December 13, 2022, Plaintiff filed his Third Amended Complaint.

12. On January 31, 2023, Plaintiff had a change of counsel.

13. Discovery was stalled while briefing took place on Defendants' respective Motions to Dismiss.

14. The six-month extension is necessary so that the parties can engage in full discovery and prepare the case for mediation and trial.

15. The parties have already completed Rule 26(a)(1) initial exchanges and agree that there will be no further amendments of the pleadings.

16. The following are the deadlines currently in place pursuant to the Court's Scheduling Order and the Report of Parties' Planning Meeting that the parties wish to amend:

   a. The current deadline for Plaintiff to provide expert witness disclosures and reports is **March 15, 2023**.

   b. The current deadline for Defendants to provide expert witness disclosures and reports is **April 17, 2023**.

   c. The current deadline for Rule 26(e) supplemental discovery responses is **May 15, 2023**.

   d. The current deadline to complete all fact and expert discovery is **June 15, 2023**.

   e. The current deadline to conduct mediation or file a motion for relief from that requirement is **June 15, 2023**.

   f. Trial has not yet been scheduled, but the parties previously represented in their Report of Planning Meeting that they would be ready for trial by **March 2024**. The Court approved the deadlines in the Report of Planning Meeting.

17. Plaintiff and the Defendants move this Court to amend the Scheduling Order and extend the deadlines in paragraphs 3-7 and 9 by six (6) months, as follows:

   a. Plaintiff's expert witness disclosures and reports: **September 15, 2023**.

   b. Defendants'' expert witness disclosures and reports: **October 17, 2023**.

    c. Rule 26(e) supplemental discovery responses: **November 15, 2023**.

    d. Fact and expert discovery: **December 15, 2023**.

    e. Mediation (or motion for relief therefrom): **June 15, 2023**.

    f. The parties anticipate being ready for trial by **September 2024**.

18. The parties will efficiently conduct discovery and prepare the case for trial in accordance with the amended Scheduling Order deadlines.

19. This request is being made not for delay, but in the interests of justice and fairness.

WHEREFORE, Plaintiff and Defendants, by their respective counsel, respectfully request that the Court grant their Joint Motion to Extend Scheduling Order Deadlines and extend deadlines in paragraphs 3-7 and 9 of the Scheduling Order by six (6) months, and for all other relief just and proper in the premises.

Dated: March 20, 2023

Respectfully submitted,

/s/Chase T. Wilson (with permission)
Chase T. Wilson, Atty. No. 34258-49
cwilson@billhurst.com
HURST LIMONTES, LLC
50 S. Meridian St., Suite 600
Indianapolis, IN 46204
*Attorney for Plaintiff*

/s/ Cassie N. Heeke
Samuel W. Hughes, Atty. No. 36556-29
SHughes@cclaw.com
CHURCH CHURCH HITTLE + ANTRIM
10765 Lantern Road, Suite 201
Fishers, IN 46038

Liberty L. Roberts, Atty. No. 23107-49
LRoberts@cchalaw.com
Cassie N. Heeke, Atty. No. 36497-49
CHeeke@cchalaw.com
CHURCH CHURCH HITTLE + ANTRIM
Two North Ninth Street
Noblesville, IN 46060
*Attorneys for Officers Deckard and Parkinson, in their individual capacities*

/s/*Joseph W. Smith* (with permission)
Joseph W. Smith
JSmith@khkklaw.com
KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
233 East 84th Drive, Suite 301
Merrillville, IN 46410

Matthew S. Clark
MClark@khkklaw.com
KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
5600 N. River Road, Suite 600
Rosemont, IL 60018
*Attorneys for Defendant Deputy Drew Yoder*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March 2023, a true and exact copy of the foregoing was filed electronically via the Court's Electronic filing system. Notice of this filing was sent to the following persons by operation of the Court's Electronic filing system.

Chase T. Wilson
cwilson@billhurst.com
HURST LIMONTES, LLC
50 S. Meridian St., Suite 600
Indianapolis, IN 46204
*Attorney for Plaintiff*

Joseph W. Smith
JSmith@khkklaw.com
KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
233 East 84th Drive, Suite 301
Merrillville, IN 46410

Matthew S. Clark
MClark@khkklaw.com
KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
5600 N. River Road, Suite 600
Rosemont, IL 60018
*Attorneys for Defendant Deputy Drew Yoder*

*/s/ Cassie N. Heeke*
Cassie N. Heeke

CHURCH CHURCH HITTLE + ANTRIM
10765 Lantern Road, Suite 201
Fishers, IN 46038
T: (317)773-2190 / F: (317)572-1609
Email: SHughes@cchalaw.com

Two North Ninth Street
Noblesville, IN 46060
T: (317)773-2190 / F: (317)773-5320
Email: LRoberts@cchalaw.com; CHeeke@cchalaw.com