UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| JAMES RUCKER,  )  | |
|     Plaintiff,  ) | |
| ) | |
| v.  ) | CAUSE NO.: 4:21-CV-13-JEM |
| ) | |
| OFFICER COLIN DECKARD, *et al.*,  ) | |
|     Defendants.  ) | |

**ORDER**

This matter is before the Court on a Stipulation of Dismissal with Prejudice [DE 79], filed by the parties on November 14, 2023.

A plaintiff may voluntarily dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff has done so in this case, and the Court accordingly **ACKNOWLEDGES** that all claims are **DISMISSED with prejudice**.

SO ORDERED this 15th day of November, 2023.

                                              s/ John E. Martin
                                              MAGISTRATE JUDGE JOHN E. MARTIN
                                              UNITED STATES DISTRICT COURT

cc:    All counsel of record